UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AUSABLE RIVER TRADING POST, LLC,

Plaintiff,

v.

TAWAS AREA CHAMBER OF COMMERCE, et al.

Defendants.
______________________________/

Case No. 16-11207

District Judge Thomas L. Ludington
Magistrate Judge Patricia Morris

TYLER & TYLER, P.C.
Ronald R. Tyler (P21658)
400 West Bay Street
Post Office Box 151
East Tawas, Michigan 48730
Telephone: (989) 362-8668
Email: officemanager@tylerandtylerpc.com
*Attorneys for Plaintiff*

WARNER NORCROSS & JUDD, LLP
Jonathan E. Lauderbach (P51313)
and R. Scott Keller (P59806)
715 East Main Street, Suite 110
Midland, Michigan 48640
Telephone: (989)-698-3700
Email: jlauderbach@wnj.com
skeller@wnj.com
*Attorneys for Defendant Dovetail Solutions Inc.*

PLUNKETT COONEY, PC
Michael J. Barton (P34509)
38505 Woodward Av., Ste, 2000
Bloomfield Hills, Michigan 48304
Telephone: (248) 901-4070
Email: mbarton@plunkettcooney.com
*Attorneys for Defendant Tawas Area Chamber of Commerce*
______________________________/

**LIST OF EXHIBITS TO DEFENDANT TAWAS BRIEF IN RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

A. Deposition transcript of Arthur Cruse

B. Deposition transcript of Shelly Buresh

C. Affidavit of Michael Mooney

D. Affidavit of Shelley Buresh

E. Affidavit of Anne Blackmore

F. Deposition of Lisa Bolen

G. *2 McCarthy on Trademarks and Unfair Competition*

H. *Taza Systems v Taza 21 Co.*

Open.23463.60957.17855118-1